UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANTOINETTE MARTIN                                CIVIL ACTION

VERSUS                                           NO: 15-2215

WAL-MART STORES, INC.                            SECTION: "J"(5)

**ORDER**

Considering the stipulation of the parties and the foregoing *Motion for Remand* (**Rec. Doc. 14**),

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. The above-captioned matter is hereby **REMANDED** to the Civil District Court for the Parish of Orleans, State of Louisiana.

New Orleans, Louisiana, this 17th day of November, 2015.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE